# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH TAYLOR, Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No: 13-cv-1998-PWG |
| | ) |
| SECRETARY SYLVIA MATHEWS | ) |
| BURWELL, U.S. DEPARTMENT OF | ) |
| HEALTH AND HUMAN SERVICES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, Secretary Silvia Mathews Burwell, U.S. Department of Health and Human Services, by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Victor M. Lawrence, Special Assistant United States Attorney for said District, for its Answer to Plaintiff's Complaint states as follows**:**

## PRELIMINARY STATEMENT

This paragraph appears to be Plaintiff's portrayal of this action and does not require a response. To the extent a response is required, Defendant denies the allegations.

## PARTIES

1. Defendant lacks sufficient information to respond to the allegation in paragraph 1, and therefore denies the allegation.

2. Admitted.

3. Defendant admits that Secretary Sylvia Mathews Burwell is the Secretary of the U.S. Department of Health and Human Services, and that this lawsuit purports to sue her in her official capacity.

4. Admitted.

## JURISDICTION & VENUE

5. This paragraph appears to be Plaintiff's portrayal of this action, most of which does not require a response. Defendant admits that the Court has found that it has jurisdiction over Count II of this action and denies the remaining allegations. Defendant notes that the Court dismissed Counts I and III of this action. *See* ECF 21.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied.

10. Admitted.

## FACTS

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Denied.

20. Admitted.

21. Denied.

22. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

23. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

24. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

25. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

26. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

27. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16,

2014 Order.  *See* ECF 21.  Therefore, no response is required.  To the extent a response is deemed required, the allegation is denied.

28. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order.  *See* ECF 21.  Therefore, no response is required.  To the extent a response is deemed required, the allegation is denied.

29. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order.  *See* ECF 21.  Therefore, no response is required.  To the extent a response is deemed required, the allegation is denied.

30. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order.  *See* ECF 21.  Therefore, no response is required.  To the extent a response is deemed required, the allegation is denied.

31. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order.  *See* ECF 21.  Therefore, no response is required.  To the extent a response is deemed required, the allegation is denied.

32. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order.  *See* ECF 21.  Therefore, no response is required.  To the extent a response is deemed required, the allegation is denied.

33. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

34. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

35. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

36. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

37. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

38. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16,

2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

39. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

40. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

41. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

42. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

43. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

44. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

45. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

46. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

47. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

48. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

49. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16,

2014 Order.  *See* ECF 21.  Therefore, no response is required.  To the extent a response is deemed required, the allegation is denied.

50. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order.  *See* ECF 21.  Therefore, no response is required.  To the extent a response is deemed required, the allegation is denied.

51. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order.  *See* ECF 21.  Therefore, no response is required.  To the extent a response is deemed required, the allegation is denied.

52. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order.  *See* ECF 21.  Therefore, no response is required.  To the extent a response is deemed required, the allegation is denied.

53. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order.  *See* ECF 21.  Therefore, no response is required.  To the extent a response is deemed required, the allegation is denied.

54. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order.  *See* ECF 21.  Therefore, no response is required.  To the extent a response is deemed required, the allegation is denied.

55. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

56. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

57. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

58. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

59. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

60. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16,

2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

61. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

62. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

63. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

64. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

65. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

66. Admitted.

67. Denied.

68. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

69. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

70. Defendant admits that Dr. Fabricant assigned Taylor these duties, but denies that the assignments were outside of Plaintiff's responsible duties.

71. Denied.

72. Admitted.

73. Admitted.

74. Admitted.

75. Admitted.

76. Admitted.

77. Admitted.

78. Admitted.

79. Admitted.

## **COUNT I – AGE DISCRIMINATION IN VIOLATION OF THE ADEA**

80. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16,

2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is admitted.

81. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

82. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is admitted.

83. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

84. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

85. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

86. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

87. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

88. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

89. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

90. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

**COUNT II – RETALIATION BASED ON THE ADEA**

91. Denied.

92. Denied.

93. Denied.

94. The allegation is ambiguous with respect to temporal scope and is therefore denied.

95. The allegation is ambiguous with respect to temporal scope and is therefore denied.

96. Denied

97. Denied

98. Denied.

99. Denied.

100. Denied.

101. Denied.

**COUNT III – HOSTILE WORK ENVIRONMENT IN VIOLATION OF THE ADEA**

102. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is admitted.

103. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

104. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is admitted.

105. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

106. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

107. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

108. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

109. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

110. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16,

2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

111. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

112. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

113. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is admitted.

114. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

115. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

116. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

117. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is admitted.

118. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

119. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

120. The allegation contained in this paragraph relates to either Count I or Count III of Plaintiff's Complaint, claims which have been dismissed pursuant to the Court's July 16, 2014 Order. *See* ECF 21. Therefore, no response is required. To the extent a response is deemed required, the allegation is denied.

**RELIEF**

Defendant denies that Plaintiff is entitled to any relief in this action.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Amended Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

There is no nexus between Plaintiff's protected activity and adverse action to support a claim of retaliation.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


_____/s/_____
Victor M. Lawrence
Special Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
Tele: 410-209-4800

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2014, a copy of the foregoing Defendant's Answer to Plaintiff's Amended Complaint was served via the Court's electronic filing system on all counsel of record.

/s/
Victor M. Lawrence
Special Assistant United States Attorney