EXHIBIT B2

DEPARTMENT OF HEALTH & HUMAN SERVICES

## NOTICE OF FINAL INTERVIEW AND RIGHT TO FILE FORMAL

### CERTIFIED MAIL – RETURN RECEIPT REQUESTED
### NO.: 7011 0110 0001 4346 1721

Date: November 30, 2011

To: Mr. Kenneth Taylor
1668 Paris Oaks Road
Owings MD, 20736

From: Lindsey Kordish, EEO Counselor

Subject: Notice of Final Interview and Right to File a Formal Discrimination Complaint
Agency File No.: HHS-FDACFSAN-014-12

This is to notify you that on the above date, the final counseling interview was held in connection with the matter you presented to Lindsey Kordish. You initially contacted the Office of Equal Employment Opportunity and Diversity Management on October 31, 2011 and alleged being discriminated against and subjected to retaliation and continuous harassment (non-sexual) and hostile work environment, based on your age (47, DOB: 10/15/1964) and prior EEO opposition when:

> (1) On March 14, 2011, your supervisor made derogatory comments to you such as "You have a problem with age" and "Someone who has been around as long as you should have ideas.";
>
> (2) From July 20, 2011 – October 31, 2011, you were forced to alter your duty hours and your Tele-work schedule to accommodate meetings set by your supervisor;
>
> (3) From August 2011 to October 2011, your terms and conditions of employment and assignment of duties were altered to be irrelevant and inconsistent with your position description of a Chemist GS-14; and
>
> (4) On September 1, 2011, your employment opportunity for detail work was obstructed when your supervisor refused to give his concurrence.

Your Equal Employment Opportunity (EEO) discrimination pre-complaint has not been resolved, and you are now entitled to file a formal complaint of discrimination under Title 29 Code of Federal Regulations (C.F.R.) Part 1614. If you believe that you have been discriminated against on the basis(es) of race, religion, sex, national origin, age, mental/physical disability, and/or retaliation for participation in protected EEO activities, or for opposing an unlawful employment practice under the anti-discrimination laws, **you have the right to file a formal complaint of discrimination within fifteen (15) calendar days after your [your attorney's (if applicable)] receipt of this notice** pursuant to 29 C.F.R. § 1614.105(d). Additionally, discrimination claims based on

Revised 10/05

: 00051

sexual orientation may be filed with the Department of Health and Human Services (DHHS), Food and Drug Administration and are processed pursuant to DHHS' Internal Procedures for Processing Complaints of Discrimination Based on Sexual Orientation, not 29 C.F.R. Part 1614.

If you wish to file a formal complaint, complete and sign the "Individual Formal Complaint Form of Employment Discrimination" and return it to the following address:

> **Acting Director of EEO Compliance**
> **Office of Equal Employment Opportunity and Diversity Management (OEEODM)**
> **Food and Drug Administration**
> **10903 New Hampshire Avenue, White Oak 32, Room 2223**
> **Silver Spring, MD 20993-0002**

A complaint shall be deemed timely if it is received or postmarked before the expiration of the fifteen (15) calendar day filing period, or in the absence of a legible postmark, if it is received by mail within five (5) calendar days of the expiration of the filing period.

The complaint must contain only those issues either specifically discussed with the EEO Counselor or issues that are like or related to those discussed. It must also state whether you have filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board (MSPB) on the same claims.

Should you file a formal complaint with the Agency, it is your responsibility to immediately notify this office in writing if you retain an attorney or any other type of representative. You and/or your representative will receive a written acknowledgment of your formal discrimination complaint from the appropriate Agency official.

Please refer to the "Notice of Rights and Responsibilities" for specific information in connection with the processing of your EEO complaint, to include your rights when alleging age discrimination, a violation of the Equal Pay Act, or raising a claim that is appealable to the MSPB. Should you have further questions regarding the EEO complaint process, please contact Marie Lee, EEO Counselor at (301) 796-9427.

_____        _____
Aggrieved Person                                              Date


Attachments

Individual Formal Complaint of Employment Discrimination
Aggrieved Person/Complainant Notice of Representation

cc:     Certified Mail Number:
        Return Receipt Requested

Revised 10/05



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

## NOTICE OF RIGHTS AND RESPONSIBILITIES
Agency File No.: HHS-FDACFSAN-0104-12

This is to notify you that you have the following rights and responsibilities in connection with the processing of your EEO complaint.

**You have the right to:**

a. When EEO counseling is selected, receive in writing within **thirty (30) calendar days** from the date of initial contact (unless you agree in writing to an extension of not more than an additional sixty (60) calendar days) a Notice terminating EEO counseling and informing you of the right to file a formal complaint and with whom to file the complaint.

b. **Anonymity** during the EEO counseling phase of the pre-complaint process, unless waived. Should you elect anonymity, the request must be in writing.

c. **Representation** throughout the EEO complaint process. You must immediately inform the Agency in writing of such representation or any change in representation.

d. Choose between the Agency's **alternative dispute resolution** (ADR) process or EEO counseling, where the Agency agrees to offer ADR in the particular case, and receive information about each procedure. When you agree to participate in ADR, the written notice terminating the EEO counseling period will be issued upon completion of ADR or within ninety (90) calendar days of the date of initial contact with the EEO Counselor, whichever is earlier.

e. Elect between a **negotiated grievance procedure** and the EEO complaint process where an agency is covered by Title 5 United States Code (U.S.C.) § 7121(d) and where the negotiated procedure and the statute covers the alleged discrimination. You can file a grievance or a formal EEO complaint, **but not both.**

f. Elect to file an EEO complaint or an appeal with the **Merit Systems Protection Board** (MSPB) when the alleged discrimination involves an action appealable to the MSPB; *i.e.*, mixed case. You can file a formal EEO complaint or an appeal with the MSPB, **but not both.**

g. File a complaint within **fifteen (15) calendar days** of receipt of the EEO Counselor's Notice of Right to File a Formal Complaint in the event you wish to file a formal EEO complaint at the conclusion of EEO counseling or ADR. Only those claims raised during the pre-complaint process or claims that are like or related to those raised may be subject of the formal complaint.

Revised 10/05



h. **Amend** a formal complaint after it has been filed with claims that are like or related to those raised in the pending EEO complaint. All requests to amend must be in writing and submitted to the Agency within forty-five (45) calendar days of the alleged discriminatory event.

i. Receive notice when the Agency **consolidates** two or more complaints filed by you. The notice will advise you that the Agency will complete its investigation within 180 calendar days after the filing of the last complaint or 360 calendar days of the filing of the first complaint and that any request for a hearing may be filed any time after 180 calendar days have elapsed.

j. Request a **hearing** before an Administrative Judge (AJ) of the Equal Employment Opportunity Commission (EEOC) in a non-mixed case, either after 180 calendar days have elapsed from the date of filing a formal complaint or after completion of the investigation, whichever comes first. The Agency's letter acknowledging receipt of your formal complaint will identify the EEOC office to which the request must be sent and the Agency official to whom a copy of the request must be provided. After requesting a hearing, any requests to amend the complaint are filed with the EEOC.

k. An immediate **final decision without a hearing** after an investigation by the Agency in accordance with Title 29 Code of Federal Regulations (C.F.R.) Section 1614.108(f).

l. File a **civil action** in the U.S. District Court after 180 calendar days have elapsed from filing a formal complaint or an appeal with the EEOC.

m. File a **notice of intent to sue** when age is alleged as a basis for discrimination and of the right to file a lawsuit under the Age Discrimination in Employment Act (ADEA) instead of an administrative complaint of age discrimination, pursuant to 29 C.F.R. § 1614.201.

n. When alleging sex-based wage discrimination under the **Equal Pay Act (EPA)**, immediately file a civil action in the U.S. District Court without exhausting the administrative process. If you file an administrative complaint of sex-based wage discrimination under the EPA, a civil action must be filed within two (2) years of the date of the occurrence, or within three (3) years of the date, if the violation is alleged to be willful. The time for filing a civil action is not tolled when an administrative complaint has been filed. Also, such claims are recognizable under Title VII of the Civil Rights Act.

Revised 10/05

**You have a duty to:**

a. **Mitigate damages**; *e.g.*, interim earnings or amounts that could be earned by you must generally be deducted from an award of back pay.

b. **Keep the Agency, and where applicable, EEOC, informed** of your current mailing address and serve copies of any appeal papers on the Agency.

**You have a responsibility to:**

a. Comply with all relevant **time frames** associated with the EEO complaint process.

b. Respond to an Agency's **offer of resolution** made pursuant to 29 C.F.R. § 1614.109(c) within thirty (30) calendar days of receipt. The rejection of the offer may result in the limitation of the Agency's payment of attorney's fees or costs.

c. Inform the EEO Counselor if you wish to file a **class complaint** and be advised of the procedures and responsibilities of a class agent.

**This is to acknowledge that a copy of this form was provided to me.**

*This form was provided to AP in the counselor's report.

_____     Nov 15, 2011
Aggrieved Person              Date

_____     11/29/11
EEO Counselor                 Date

Revised 10/05