# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Kenneth Taylor, Ph.D., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **Civil No. 13-cv-1998-PWG**<br>) |
| Secretary Sylvia Mathews Burwell<br>U.S. Department of Health and Human Services, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kenneth Taylor hereby dismisses this action with prejudice as to all claims against Defendant, with each party to bear its own costs.

Date: April 6, 2015                                                     Respectfully submitted,


*/s/ Michael Fallings*                                                    */s/ Molissa H. Farber*
Michael Fallings (Bar No. 19389)                          Molissa H. Farber
Morris E. Fischer, LLC                                           Office of the United States Attorney
1400 Spring Street, Ste. 350                                 36 S Charles St 4th Floor
Silver Spring, Maryland 20910                             Baltimore, MD 21201
(301) 328-7631                                                       (410) 209-4862
(301) 328-7638 (fax)                                              (410) 962-9947 (fax)
*For Plaintiff*                                                            *For Defendant*